UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mid-Century Insurance Company

Plaintiff(s)

v.

Grohe AG,

Defendant(s)

CASE No C 3:17-CV-04249-WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

☐ Private ADR (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: 2/28/18. Scheduled 2/14/2018.

Date: November 1, 2017

Attorney for Plaintiff

Date: November 1, 2017

Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*